AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

2008 AUG 12 PM 1:25

__DEMETRICE Smith__
Plaintiff

v.

__Simm Associates__
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: _507_

I, __Demetrice Smith__, declare that I am the (check appropriate box)

(X) Petitioner/Plaintiff/Movant     • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   • Yes   (• No)   (If "No" go to Question 2)

   If "YES" state the place of your incarceration _____

   **Inmate Identification Number (Required):** _____

   Are you employed at the institution? _____  Do you receive any payment from the institution? _____

   *Attach a ledger sheet from the institution of your incarceration showing at least the past **six** months' transactions*

2. Are you currently employed?   • • Yes   (• No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   $12.00 HR   Temporary Agency - Baltimore MD.   JAN 4, 2008 LAST DAY.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment           • • Yes   (• • No)
   b. Rent payments, interest or dividends                     • • Yes   (• • No)
   c. Pensions, annuities or life insurance payments          • • Yes   (• • No)
   d. Disability or workers compensation payments             • • Yes   (• • No)
   e. Gifts or inheritances                                    • • Yes   (• • No)
   f. Any other sources  * Unemployment Benefit STARTING JAN.   (• Yes)   • • No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   Unemployment Benefits weekly $297.00 : I will be receiving Til September 2008, Benefit ran out after Septem'

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?   (• • Yes)   • • No

   If "Yes" state the total amount $ _5.00 checking_

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  $17,000 OWE to CREDIT ACCEPTANCE    (• • Yes)   • • No

   If "Yes" describe the property and state its value. CAR NOTE $400.00 month.
   CAR NOTE I AM behind on 5 months. OWE $2,015.00, THE CAR is in Repo. STATUS

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   No kids
   Monthly Rent to Lisa Hughes. $400.00 monthly.

I declare under penalty of perjury that the above information is true and correct.

8/4/2008
DATE                                    SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
ECHO                DELAWARE DEPARTMENT OF LABOR            08/04/2008
                   UNEMPLOYMENT INSURANCE CLAIM HISTORY
                            PAYMENT HISTORY
                         SSN:         6071
                         NAME: D   SMITH
                   CLAIM DATE: 03/30/2008
 FC CHK DATE CHK NUM    CWED    WBA  EARNGS  ADJ  OPY  CHS  FIT  NET BALA ML
 10 08/04/08 7676004   08-02    330          330            33   297 2640
 10 07/28/08 7664001   07-26    330          330            33   297 2970
 10 07/21/08 7652350   07-19    330          330            33   297 3300
 10 07/14/08 7642143   07-12    330          330            33   297 3630
 10 07/07/08 7632911   07-05    330          330            33   297 3960
 10 06/30/08 7624055   06-28    330          330            33   297 4290
 10 06/23/08 7615897   06-21    330          330            33   297 4620
 10 06/18/08 7614643   06-14    330          330            33   297 4950
 10 06/09/08 7600327   06-07    330          330            33   297 5280
 10 06/02/08 7592951   05-31    330          330            33   297 5610
 10 05/27/08 7584978   05-24    330          330            33   297 5940
 10 05/19/08 7576362   05-17    330          330            33   297 6270
 10 05/12/08 7568790   05-10    330          330            33   297 6600
 10 05/05/08 7561176   05-03    330          330            33   297 6930

     F2=NXT          F4=EXT          F6-PND F8=WAG F9=HST F10=DIS F11=NT ECHOMAP
                                                                        ECHOINQ
```

*History of Benefits Received for 5 months*

Date: 8/4/2008 Time: 1:27:46 PM

```
Page: 1 Document Name: untitled

ECHO                DELAWARE DEPARTMENT OF LABOR              08/04/2008
                   UNEMPLOYMENT INSURANCE CLAIM HISTORY
                              PAYMENT HISTORY
                        SSN:          6071
                       NAME: D   SMITH
                 CLAIM DATE: 03/30/2008
 FC  CHK DATE  CHK NUM    CWED    WBA   EARNGS  ADJ  OPY  CHS  FIT  NET BALA ML
 10  04/28/08  7552596    04-26   330   330                    33   297 7260
 10  04/21/08  7544733    04-19   330   330                    33   297 7590
 10  04/14/08  7536605    04-12   330   330                    33   297 7920
 10  04/07/08  7528233    04-05   330   330                    33   297 8250
                        OLD CLAIM 03/25/2007
 10  03/31/08  7519150    03-29 8 330   330                         330  685
 10  03/24/08  7510483    03-22   330   330                         330 1015
 10  03/17/08  7501752    03-15   330   330                         330 1345
 10  03/10/08  7492420    03-08   330   330                         330 1675
 10  03/04/08  7488573    03-01   330   330                         330 2005
 10  02/28/08  7480756    02-23   330   330                         330 2335
 10  02/28/08  7480756    02-16   330   330                         330 2665
 10  02/28/08  7480756    02-09   330   330                         330 2995
 10  02/28/08  7480755    02-02   330   330                         330 3325

         F2=NXT F3=PRV F4=EXT           F6-PND F8=WAG F9=HST F10=DIS F11=NT ECHOMAP
                                                                           ECHOINQ




Date: 8/4/2008 Time: 1:27:51 PM
```