IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEMETRICE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-507-GMS |
| | ) | |
| SIMMS ASSOCIATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 25th day of August, 2008, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge

FILED

AUG 2 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE